STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

RAQUEL MERCADO HERNANDEZ  Case No. 10-06205-ESL

Chapter 13  Attorney Name: JUAN O CALDERON LITHGOW*

### I. Appearances

Debtor [✓] Present [ ] Absent
Joint Debtor [ ] Present [ ] Absent
Attorney for Debtor [✓] Present [ ] Absent
[ ] Pro-se
[ ] Substitute _____

Date: August 11, 2010
Time: 10:59 ___  Track: 013
[ ] This is debtor(s) /s/ Bankruptcy filing.
Liquidation Value: t.b.d.
Creditors
N. melchor - First Bank
_____

### II. Oath Administered
[✓] Yes    [ ] No

### III. Documents Filed/Provided

[✓] Schedules
[✓] Statement of Financial Affairs (SOFA)
[✓] Statement of Current Monthly Income (SCMI)
[✓] Credit counseling briefing certificate (CCC)
   [ ] Waiver requested by debtor(s)
[ ] DSO Certificate

[ ] DSO Recipient's information
[ ] State Tax Returns_____ [ ] Returned ✶
[ ] Federal Tax Returns_____ [ ] Returned
[ ] Evidence of income (60 days prior to petition)

✶ SC 2781 no taxable income

### IV. Status of Meeting  [✓] Closed    [ ] Not Held    [ ] Continued _____ at _____

### V. Trustee's Report on Confirmation

[ ] FAVORABLE
[✓] UNFAVORABLE

[ ] Feasibility
[ ] Insufficiently funded
[ ] Unfair discrimination
[ ] Fails liquidation value test
[ ] Fails disposable income test (I & J)
[ ] No provision for secured creditor(s)
_____
_____
[ ] Treat value of collateral separately
[ ] No provision for insurance
[ ] Tax returns missing
   [ ] State - years _____
   [ ] Federal - years _____

[ ] No DSO certificate (Post-petition)
[ ] Evidence of income
   [ ] Missing    [ ] Incomplete
[ ] Stmt. of Current Monthly Income
   [ ] Incomplete  [ ] Missing
   [ ] Fails commitment period  [ ] Fails Disp. Income
[ ] Certificate of Credit briefing
   [ ] Missing  [ ] More than 180 days
   [ ] Issuer not certified by U.S.T.
[ ] Incomplete schedules
[ ] Incomplete S.O.F.A.
[ ] Other:
_____

STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

RAQUEL MERCADO HERNANDEZ  Case No. 10-06205-ESL

Chapter 13  Attorney Name: JUAN O CALDERON LITHGOW*

### VI. Plan (Cont.)
Date: July. 11, 2010  Base $ 9,000.00  [X] Filed  Evidence of Pmt shown: _____
Payments _21_ made out of _10_ due.  [ ] Not Filed

### VII. Confirmation Hearing Date: September, 22, 2010

### VIII. Attorney's fees as per R. 2016(b)
$3,000.00 - $ 500.00 = $ 2,500.00

### IX. Documents to be provided w/in ____ days

[ ] Amended schedules _____
[ ] Insurance estimate
_____
[ ] Assumption/Rejection executory contract

[ ] Appraisal _____

[ ] State tax returns years _____
[ ] Federal tax returns years _____
[ ] Correct SS # (Form B21)
   [ ] Debtor  [ ] Joint debtor
[ ] Other:
_____
_____

[ ] Amended S.O.F.A. _____
[ ] Amended plan
[ ] Business Documents
   [ ] Monthly reports for the months
_____
_____

[ ] Public Liability Insurance
   [ ] Premises_____
   [ ] Vehicle(s)_____
[ ] Licenses issued by:
_____

[ ] M.T.D. to be filed by Trustee: Debtor(s): [ ] failed to appear; [ ] failed to commence payments;
[ ] failed to keep payments current; [ ] does (do) not qualify as a debtor (§109); _____
[ ] Other:_____

### COMMENTS

Debtor is to amend Schedule B to include her interest in father's estate (she is 1 of 5 with widow to be included) property a house valued at 78,000 in 2008 and has a mortgage subsidy that Debtor states is paid but if mother dies or sells house subsidy has to be re-paid $40,000. This is strange to us (unusual) thus we requested the mortgage deed.

_____
Trustee/Presiding Officer

Date: August 11, 2010
(Rev.